# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __NEW YORK__

EDDIE BROOKS, ET AL

V.

JAMES MULLEN

**JUDGMENT IN A CIVIL CASE**

Case Number:   5:01-CV-552 (NAM/DEP)

X **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☐ **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the jury finds that defendant Mullen did not unlawfully arrest or use unreasonable force against plaintiff Eddie Brooks; that defendant Mullen is entitled to qualified immunity with respect to Eddie Brooks's claims of unlawful arrest and unreasonable force; that defendant Mullen did not unlawfully arrest plaintiff Danielle Currier; that defendant Mullen did use unreasonable force against plaintiff Danielle Currier, with no award for compensatory damages; that defendant Mullen is entitled to qualified immunity with respect to Danielle Currier's unlawful arrest claim but not with respect to her unreasonable force claim; that defendant Mullen did not falsely arrest or imprison plaintiffs Eddie Brooks or Danielle Currier; and that defendant Mullen did not commit battery upon plaintiffs Eddie Brooks or Danielle Currier.

May 27, 2005
Date

Lawrence K. Baerman
Clerk

*Judi L McNicholas*
(By) Deputy Clerk